**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

AHMOD RASHAD JONES,

        Petitioner,

-vs-

DOUG VASBINDER,

        Defendant.
_____/

CASE NO. 07-10751

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

**ORDER**
**(1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;**
**(2) DENYING PETITION FOR HABEAS CORPUS**

Before the Court is the Magistrate Judge's March 10, 2009, Report and Recommendation denying Petitioner's petition for habeas corpus. (Doc. No. 10). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

    (1)    **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 10); and

    (2)    **DENIES** Petitioner's petition for habeas corpus (Doc. No. 1).

**SO ORDERED.**

                        S/Paul D. Borman
                        PAUL D. BORMAN
                        UNITED STATES DISTRICT JUDGE

Dated: March 31, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 31, 2009.

                                                S/Denise Goodine
                                                Case Manager